JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ASHLEY N. RYAN, | Case No. 8:21-cv-00766-DOC (KESx) |
|---|---|
| Plaintiff, | **ORDER REMANDING ACTION UPON STIPULATION OF THE PARTIES [13]** |
| v. | |
| E*TRADE FINANCIAL CORPORATE SERVICES, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS E-TRADE FINANCIAL CORPORATE SERVICES, INC., a corporation; E*TRADE FINANCIAL CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS E-TRADE FINANCIAL CORPORATION, a corporation; MORGAN STANLEY, a corporation; MOON-EAGLE MERGER SUB, INC., a corporation; and DOES 1 through 100, inclusive, | |
| Defendant. | |

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles CA 90067.3107
310.553.0308

1

ORDER REMANDING ACTION UPON STIPULATION OF THE PARTIES

**ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Joint Stipulation between the Parties, and good cause appearing, this Court hereby ORDERS that the Action be remanded to the Superior Court of California, County of Orange, Case No. 30-2021-01191075-CU-OE-CJC pursuant to the Parties' stipulation.

**IT IS SO ORDERED.**

DATED: May 25, 2021

*/s/ David O. Carter*
_____
HONORABLE DAVID O. CARTER
United States District Judge

4821-0777-2906.2 / 079194-1006

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles CA 90067.3107
310.553.0308